IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 3:14-mj-3119-DGW |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | FILED |
| HORACIO SOLIS, ) | SEP 26 2014 |
| CESAR HERNANDEZ, and ) | |
| HECTOR JAVIER VALLES, ) | CLERK, U.S. DISTRICT COURT |
| ) | SOUTHERN DISTRICT OF ILLINOIS |
| Defendants. ) | EAST ST. LOUIS OFFICE |

## CRIMINAL COMPLAINT

I, Jeremiah Henning, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

### CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE AND POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE AND AIDING AND ABETTING

From on or about September 24, 2014, to on or about September 25, 2014, in St. Clair County, within the Southern District of Illinois, and elsewhere,

**HORACIO SOLIS,
CESAR HERNANDEZ, and
HECTOR JAVIER VALLES,**

defendants herein, did knowingly and intentionally combine, conspire, and agree, with each other and with others both known and unknown to knowingly and intentionally distribute and possess with intent to distribute, controlled substances, namely methamphetamine, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii), (b)(1)(C). All in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

The total amount of methamphetamine, a Schedule I Controlled Substance, involved in the conspiracy which was reasonably foreseeable to the defendants was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

## AFFIDAVIT

I further state that I am a Special Agent with the Drug Enforcement Administration (DEA) currently assigned to the Fairview Heights Resident Office. I have been a Special Agent with DEA since May 2012. From October 1998 until January 2012, I was a police officer employed first by the St. Louis (MO) Metropolitan Police Department and subsequently by the Richmond Heights (MO) Police Department. I am also a DEA Task Force Officer from approximately January 2007 until January 2012. During my tenure with DEA, I have participated in numerous narcotics investigations involving the manufacture, transportation, and distribution of controlled substances. These investigations have resulted in the seizure of controlled substances and proceeds from the sale of controlled substances, as well as arrests and convictions of drug traffickers. I make this complaint based on the following facts:

The Fairview Heights office of the Drug Enforcement Administration (DEA) has been investigating Horacio Solis and others for distributing methamphetamine in Southern Illinois and elsewhere in the United States. Intercepted recorded communications of Solis and others informed agents that Solis had arranged to deliver methamphetamine to a residence located at 734 Leon Street, Cahokia, Illinois, which is located in the Southern District of Illinois. For example, on September 24, 2014, during an intercepted telephone call, Solis said, "Send me an address to where the guy is going to arrive." Later on September 24, 2014, Solis received a text message containing the address 734 Leon Street, Cahokia, Illinois.

At approximately 7:00 pm on September 25, 2014, agents established surveillance of Solis, Hector Valles, and Cesar Hernandez as they travelled together from a hotel in St. Louis County to

the Lumiere Place Casino, which is located at 999 N 2nd Street, St. Louis, MO. Agents observed Valles, Hernandez, and Solis exit the Casino at approximately 8:00 pm and depart in two vehicles. Valles and Hernandez drove away in a white Chevrolet Impala, and Solis travelled in another vehicle. Agents followed both vehicles as they travelled in tandem to 734 Leon Street, Cahokia, Illinois, arriving at approximately 8:40 pm.

Special Agent (SA) Jeremiah Henning and Task Force Officer (TFO) Derek Parker, both acting in an undercover capacity, were present at 734 Leon Street when Solis, Valles, and Hernandez arrived. The vehicle in which Solis was travelling stopped directly in front of 734 Leon Street briefly then continued driving. The white Chevrolet Impala, which was occupied by Valles and Hernandez, parked in the driveway. SA Henning and TFO Parker made contact with Valles and Hernandez in the driveway. After Valles engaged in a series of telephone conversations in the driveway, Valles eventually drove the white Chevrolet Impala into the garage. Solis remained in the other vehicle nearby.

SA Henning, TFO Parker, Valles, and Hernandez all entered the garage and closed the door. Inside the garage, Valles and Hernandez removed a bag of tools from the trunk and gestured toward the rear speakers inside the passenger compartment. At that time, Valles and Hernandez were taken into custody. Solis was taken into custody a short time later.

SA Henning approached the vehicle and found 10 packages concealed in the rear window deck. The packages contained a substance which field tested positive for methamphetamine and weighed approximately 6.1 kilograms or 13.5 pounds.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JEREMIAH HENNING
Special Agent
Drug Enforcement Administration

State of Illinois      )
                       )   SS.
County of St. Clair    )

Sworn to before me, and subscribed in my presence on the 26th day of September, 2014, at East St. Louis, Illinois.

_____
DONALD G. WILKERSON
United States Magistrate Judge


STEPHEN R. WIGGINTON
United States Attorney

_____
MONICA A. STUMP
Assistant United States Attorney