AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

**SUPPRESSED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Marco Antonio Rodriguez-Aguilar a/k/a Marco A. Aguilar or Skinny | ) ) ) ) ) ) | Case No. 14-30181-NJR |

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Marco Antonio Rodriguez-Aguilar a/k/a Marco A. Aguilar or Skinny,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - 21:846 and 18:2, Conspiracy to distribute and possess with intent to distribute controlled substances
Count 5 - 21:841(a)(1) and 841(b)(1)(A)(viii) and 18:2, Distribution of methamphetamine

Date: 04/23/2015

*Issuing officer's signature*

City and state: East St. Louis, IL

Justine Flanagan, Acting Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*